1058

No. 87–6809.   MURR v. NELSON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–6815.   RODGERS v. MARKEY ET AL.   C. A. 6th Cir. Certiorari denied.

No. 87–6828.   HORTON v. BARTON ET AL.   C. A. 11th Cir. Certiorari denied.

No. 87–6834.   FIELDS v. STEINBRENNER ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–6836.   PINKERMAN v. SEITER, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION.   C. A. 6th Cir.   Certiorari denied.

No. 87–6838.   MENA v. SAN DIEGO COUNTY DEPARTMENT OF SOCIAL SERVICES.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 87–6840.   BATTLE v. CALHOUN COUNTY SHERIFF'S DEPARTMENT.   C. A. 6th Cir.   Certiorari denied.

No. 87–6846.   CORTEZ v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–6851.   UZAREVIC v. MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.   C. A. 6th Cir.   Certiorari denied.

No. 87–6856.   WHITNEY v. CHARLTON METHODIST HOSPITAL. C. A. 5th Cir.   Certiorari denied.

No. 87–6882.   OLIVER v. HENMAN.   C. A. 7th Cir. · Certiorari denied.

No. 87–6935.   MONTGOMERY v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 87–6939.   HOLMES v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–6952.   SHANNON v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.